**ORIGINAL**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| United States of America | ) |
| :--- | :--- |
| v. | ) |
|  | ) Case No. 3:21-cr-00231-IM |
|  | ) |
| PETER PEACOCK BLOOD | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     PETER PEACOCK BLOOD,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   Loan Fraud

Date: 07/09/2021

s/P. Scheneman
*Issuing officer's signature*

City and State: Portland, Oregon

P. Scheneman, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____ DATE 7/13/21 and the person was arrested on *(date)* 7/13/21
at *(city and state)* _____   ARRESTED BY _____
Date: _____   U.S. MARSHAL
BY _____
*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant